UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALBERTO HIGGS,

                        Plaintiff,             Case No. 23-cv-3943  (DG)(SIL)

- against -

THE VILLAGE OF FREEPORT, ALL COUNTY
HOOK UP TOWING, INC. d/b/a ALL COUNTY
TOWING AND RECOVERY, JOSEPH
CALVAGNO, individually,
and OFFICER JOHN DOE #1, individually, AND
OFFICER JOHN DOE #2, INDIVIDUALLY,

**DECLARATION OF
ANDREW J CAMPANELLI
IN SUPPORT OF MOTION
FOR PARTIAL
SUMMARY JUDGMENT**

                        Defendants.
---------------------------------------------------------------X

I, Andrew J. Campanelli, hereby declare, under penalties of perjury, as follows:

1.      I am an attorney admitted to practice in the State of New York and the United States District Court for the Eastern District of New York. I am the principal of the law firm Campanelli & Associates, P.C., attorneys for the Plaintiff, Alberto Higgs, in this action against defendants, the Village of Freeport ("Freeport") and All County Hook Up Towing Inc. d/b/a All County Towing and Recovery ("All County").

2.      I am fully familiar with the facts and circumstances of this action and the facts stated in this certification.

3.      Attached as Exhibit "A" is a true and correct copy of a ten (10) day notice letter that the Freeport Police Department sent to plaintiff Alberto Higgs dated November 17, 2020.

4.      Attached as Exhibit "B" is a true and correct copy of the Report and Recommendation of the Honorable Steven I. Locke, United States District Court Magistrate Judge for the Eastern District of New York, in the matter of Toyota Lease Trust v. Village of Freeport, Case # 20-cv-02207, ECF Dkt. No. 62.

5.    Attached as Exhibit "C" is a true and correct copy of an Order of the United States District Court Judge Diane Gujarati, in the Eastern District of New York, adopting the Report and Recommendation of Magistrate Judge Locke (Exhibit "B") dated March 30, 2023.

6.    Attached as Exhibit "D" is a true and correct copy of a fully executed towing contract by and between Freeport and All County Towing and Recovery, which the Mayor of Freeport executed.

7.    Attached as Exhibit "E" is a public record, that being the 2018 Annual Report of the Freeport Police Department.

8.    Attached as Exhibit "F" is a true copy of a paid receipt that plaintiff Alberto Higgs received from All County after he paid All County $1,069.96 on November 10, 2020, to secure the release of his 2015 Chrysler 200 bearing VIN# 1C3CCCB7FN545163.

9.    Attached collectively as Exhibit "G" are paid receipts that Alberto Higgs received from Freeport, evidencing payment by Plaintiff to Freeport of amounts totaling $3,917.00 to secure the release of his motor vehicle from Freeport.

10.    Attached as Exhibit "H" is a true and correct copy of an E-mail from Michael J. Smith, the then Deputy Chief of the Freeport Police Department (and now Chief of the Freeport Police Department), to "All Sworn Personnel" of the Freeport Police Department, on October 16, 2016.

11.    Attached as Exhibit "I" is a true and complete copy of the New York State DMV Title report evidencing that as of 11/16/2020, plaintiff Alberto Higgs was the titled owner of the 2015 Chrysler 200 bearing VIN # 1C3CCCB7FN545163.

12.     Attached as Exhibit "J" is a Freeport Police Department Incident Report evidencing an "Officer Initiated" Impound of a scofflaw vehicle on 1212/10/2020, that vehicle being the 2015 Chrysler belonging to the Plaintiff, and identifying the impounding officers as Kyle L. Pistani and Brendan Combs.

13.     Attached as Exhibit "K" is an All County Tow Record reflecting All County's tow, on November 11, 2020, for "Impound" made at the request of the Freeport Police Department, of the Plaintiff's Vehicle described herein.

14.     Attached as Exhibit "L" is the Sworn testimony of Freeport Police Officer Brendan Combs, taken under oath in this matter on December 13, 2023.

15.     Attached as Exhibit "M" is the Sworn testimony of Defendant Joseph Calvagno, taken under oath in this matter on February 1, 2024.

Dated: September 23, 2024

Campanelli & Associates, P.C.
*Counsel for Plaintiff*

By:        /s/ Andrew J. Campanelli
Andrew J. Campanelli
1757 Merrick Avenue, Suite 204
Merrick, NY 11566
(516) 746-1600
ajc@campanellipc.com